Andrew L. Morrison (AM-1071)
REED SMITH LLP
599 Lexington Avenue
28th Floor
New York, New York 10152
(212) 521-5400

Michael I. Allen (MA-6692)
SHAPIRO MITCHELL FORMAN ALLEN
& MILLER LLP
380 Madison Avenue
25th Floor
New York, New York 10017

Attorneys for Plaintiffs
HVB Alternative Advisors, Inc. and
HVB Alternate Investments, A.G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | 04 CV 02097 (GEL) (HP) |
| HVB ALTERNATIVE ADVISORS, INC. and HVB ALTERNATE INVESTMENTS, A.G., | : | |
| Plaintiffs, | : | |
| - against - | : | **RULE 7.1 STATEMENT** |
| JEFF C. LANDLE, | : | |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 7.1(a) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiffs HVB Alternative Advisors, Inc. and HVB Alternate Investments, A.G. (collectively, “Plaintiffs”), certify that the following (1) are corporate or other parents, subsidiaries or affiliates of Plaintiffs, securities or other interests in which are publicly held; or (2) are publicly held

corporations that own 10% or more of the stock of Plaintiffs: BAYERISCHE HYPO-UND VEREINSBANK AG – PARENT (publicly listed in Germany).

Dated: New York, New York
March 30, 2004

REED SMITH LLP

By: /s/
Andrew L. Morrison (AM-1071)
599 Lexington Avenue
28th Floor
New York, New York 10022
(212) 521-5400
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Andrew L. Morrison, hereby certify that on the 30th day of March, 2004 I caused a true and correct copy of the foregoing Rule 7.1 Statement to be served by first class mail, postage prepaid, addressed to:

Danielle C. Lesser, Esq.
Andrew P. Schriever
Morrison Cohen Singer & Weinstein, LLP
750 Lexington Avenue
New York, New York 10022
Attorneys for Defendant

/s/
Andrew L. Morrison