UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HVB ALTERNATIVE ADVISORS, INC., et al.,

                Plaintiffs,

v.

JEFF C. LANDLE,
                Defendant.
-------------------------------------------------------------x

04 Civ. 2097 (GEL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/04

GERARD E. LYNCH, District Judge:

The parties having reported to the Court that this case has been settled, it is hereby

ORDERED that this action is dismissed without costs and without prejudice to restoring the action to this Court's calendar, provided the application to restore the action is made within thirty (30) days of the date of this Order.

SO ORDERED:

Dated: New York, New York
       October 22, 2004

                                            _____
                                               GERARD E. LYNCH
                                            United States District Judge