LYN145,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HVB ALTERNATIVE ADVISORS,
INC. and HVB ALTERNATIVE              04 Civ. 02097 (GEL)
INVESTMENTS, A.G.,
                                      STIPULATION OF DISMISSAL
                    Plaintiffs,

        -against-

JEFF C. LANDLE,

                    Defendant.
------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

by and through their respective counsel as follows:

1. The above-captioned action is hereby dismissed with prejudice and without costs

as to any of the parties against any other.

2. Each of the undersigned counsel hereby acknowledges that he/she is duly

authorized to enter into this Stipulation on behalf of his/her respective clients.

3. This Stipulation shall be binding upon and inure to the benefit of the parties hereto

and each of their respective successors and assigns.

Dated: New York, New York
       October 13, 2004

Shapiro Forman Allen Miller              Morrison Cohen Singer
& McPherson LLP                          & Weinstein, LLP

By: _____            By: _____
    Michael I. Allen (MA 6692)               Danielle C. Lesser (DL 2220)
380 Madison Avenue                       750 Lexington Avenue
New York, New York 10017                 New York, New York 10022
(212) 972-4900                           (212) 735-8702
Attorneys for Plaintiffs                 Attorneys for Defendant

**SO ORDERED.**

_____
U.S.D.J.

TO: 11/8/04